# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### HONORABLE SHELBY HIGHSMITH, PRESIDING

FILED by _____ D.C.
JUL 17 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 96-379-CR-SH     Date 7-16-96
Clerk Heede              Reporter Walford
USPO No                  Interpreter No

UNITED STATES OF AMERICA v. Reynes Lopez

AUSA Allen               Defense Counsel ~~[scribbled]~~
                         Simon Steckel

Defendant(s): Present ✓  Not Present ___  In Custody No
Reason for Hearing: Jury trial day #1

Result of Hearing: Voir dire. Partial jury (10 persons) selected

Case Continued to: 7/17/96   Time 10:15   For voir dire and trial

Misc.: _____