

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES OF AMERICA )  CASE No.  96-379-CR-HIGHSMITH
                         )
         v.              )
                         )
                         )  GOVERNMENT'S LIST OF WITNESSES
                         )  (RE:  TRIAL SCHEDULED FOR
LAZARO LOPEZ             )   TUESDAY  -  JULY 16, 1996)
_____)

   The United States, by and through the undersigned Assistant
United States Attorney, hereby submits a list ow possible
witnesses with respect to the aforementioned case:

   1.  ROBERT SALADRIGAS;

   2.  ORLANDO QUINTANA;

   3.  Special Agent JOSEPH JEZIORSKI;

   4.  Special Agent GIRALDO BERMUDEZ;

   5.  Special Agent NESTOR DUARTE;

   6.  DEA Chemist _____ ; and

   7.  DEA Chemist Peter Echevarria.


                    WILLIAM A. KEEFER
                    UNITED STATES ATTORNEY


                    _____
                    EDWARD L. ALLEN
                    ASSISTANT UNITED STATES ATTORNEY
                    DISTRICT COURT No. A5500072
                    OFFICE OF THE UNITED STATES ATTORNEY
                    99 N.E. 4TH STREET, 7TH FLOOR
                    MIAMI, FLORIDA 33132

                    TELEPHONE (305) 536-4019