## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA



FILED by ___ D.C.
JUL 18 1996
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### HONORABLE SHELBY HIGHSMITH, PRESIDING

96-379

Case No. ~~____~~-CR-SH        Date 7-18-96

Clerk _Neele_             Reporter _Watson_

USPO _no_                 Interpreter _no_

UNITED STATES OF AMERICA v. _Laguna Lopez_

AUSA _E. Allen_           Defense Counsel _Simon Steckel_

Defendant(s): Present ✓   Not Present ___   In Custody _no_

Reason for Hearing: _Jury trial - day #3_

Result of Hearing: _____

Case Continued to: _7/19/96_  Time _1:17_  For _jury trial_

Misc.: _____