# GOVERNMENT'S EXHIBIT LIST

CASE: UNITED STATES v. LAZARO LOPEZ
No.: 96-0379-Cr-HIGHSMITH

Assistant United States Attorney: EDWARD L. ALLEN

| GXNO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | DENIED | ADDITIONAL WITNESS REFERRING TO |
|---|---|---|---|---|---|---|---|
| 1 | 10 KILOGRAMS COCAINE | | JOSEPH JERZORSKI | 7-17-96 | ✓ | | ORLANDO QUINTANA |
| 1A | GYM BAG FOR COCAINE | | JOSEPH JERZORSKI | | ✓ | | |
| 2 | TAPE #1 DATED APRIL 12, 1996 (LOPEZ & SALADRIGAS) | | ROBERT SALADRIGAS | | | | |
| 2A | TRANSCRIPT (TAPE 1) | | ROBERT SALADRIGAS | | | | |
| 3 | TAPE #2 DATED APRIL 12, 1996 (LOPEZ & SALADRIGAS) | | ROBERT SALADRIGAS | | | | |
| 3A | TRANSCRIPT (TAPE 2) | | ROBERT SALADRIGAS | | | | |
| 4 | TAPE #3 DATED APRIL 12, 1996 (LOPEZ & QUINTANA) | | ORLANDO QUINTANA | 7-17-96 | ✓ | | |
| 4A | TRANSCRIPT OF TAPE 3 | | ORLANDO QUINTANA | " " " | ✓ | | JOSEPH JEZORSKI |
| 5A&3 | $70,000 TAKEN FROM DEFENDANT | | JOSEPH JEZORSKI | 7-17-96 | ✓ | | ORLANDO QUINTANA |

FILED by
JUL 19 1996
CARLOS JUFNKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# GOVERNMENT'S EXHIBIT LIST

CASE: UNITED STATES v. LAZARO LOPEZ
No.: 96-0379-Cr-HIGHSMITH

Assistant United States Attorney:
EDWARD L. ALLEN

| GXNO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | DENIED | ADDITIONAL WITNESS REFERRING TO |
|---|---|---|---|---|---|---|---|
| 5C | BOX WHICH CONTAINED $70,000 | | JOSEPH JERZORSKI | 7-17-96 | ✓ | | |
| 6 6(a) | MOTOROLA USA BEEPER | | JOSEPH JERZORSKI | | ✓ | | |
| 7 | MOTOROLA CELLULAR PHONE NO. 67UGTVUX71 | | JOSEPH JERZORSKI | | ✓ | | |
| 7A | SUBSCRIBER INFO RE: CELL PHONE 67UGTVUX71 | | JOSEPH JERZORSKI | | | | |
| 8 | MOTOROLA CELLULAR PHONE NO. 935GTN4325 | | JOSEPH JERZORSKI | | ✓ | | |
| 8A | SUBSCRIBER INFO RE: CELLULAR PHONE 935GTN4325 | | JOSEPH JERZORSKI | | | | |
| 9 (a) (b) | SMALL QUANTITY OF COCAINE FROM DEFENDANT'S CAR | | NESTOR DUARTE | | ✓ | | JOSEPH JERZORSKI |
| 10A-D (a) (b) | PERSONAL PAGERS, CREDIT CARDS; CALLING CARD | | NESTOR DUARTE | 7-18-96 | ✓ ✓ ✓ | | JOSEPH JERZORSKI |
| 11 | DRUG LEDGERS REF: DEFENDANT LOPEZ | | NESTOR DUARTE | | | | JOSEPH JERZORSKI |

# GOVERNMENT'S EXHIBIT LIST

CASE: UNITED STATES v. LAZARO LOPEZ
No.: 96-0379-Cr-HIGHSMITH

Assistant United States Attorney: EDWARD L. ALLEN

| GX NO | DESCRIPTION | DATE | WITNESS IDENTIFYING | OFFERED | ADMITTED | DENIED | ADDITIONAL WITNESS REFERRING TO |
|---|---|---|---|---|---|---|---|
| 12A-B | PHOTOGRAPHS OF DRUGS AND CONTAINERS | | JOSEPH JERZORSKI | | ✓ | | |
| 12C | PHOTOGRAPH OF TELEPHONE BOOK/ITEMS SEIZED | | JOSEPH JERZORSKI | | | | |
| 12D | $300 FROM DEFENDANT'S PERSON | | JOSEPH JERZORSKI | | | | |
| 13 | Plea Agreement | 7/1?/96 | Saladrigas | 7/17/96 | ✓ | | |
| 14 | " " | | Quintana | 7/17/96 | ✓ | | |
| 15 | Address & Telephone #s | | | | ✗ | | (Not offered) |
| 15a | | | | | ✓ | | |

Def. Ex. D composite
Def. Ex. C
Def. Ex. B(?) (P "as in Paul"?)

Page 3 of 3